IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                    NO. 4:13CR00207 BSM

EVATT T. WARNER                                                                       DEFENDANT

### ORDER

The Clerk of the Court shall issue a new summons for defendant Evatt T. Warner to appear at his plea and arraignment. The summons shall contain the time, date, and place of the plea and arraignment, which will be held beginning at 10:00 a.m. on Thursday, August 29, 2013, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas.

IT IS SO ORDERED this ___20___ day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE