IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                      CASE NO. 4:13CR00207 BSM

EVATT T. WARNER                                                        DEFENDANT

## ORDER

The government's motion for voluntary dismissal [Doc. No. 5] of the misdemeanor information filed against defendant Evatt T. Warner [Doc. No. 1] is granted. The misdemeanor information is hereby dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED this 30th day of August 2013.

_____
UNITED STATES DISTRICT JUDGE